FILED ✓   RECEIVED ___
ENTERED ___   SERVED ON ___
COUNSEL/PARTIES OF RECORD

MAR 29 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOSEPH MIZZONI,

    Plaintiff,

v.

C/O ALLISON, *et al.*,

    Defendants.

Case No. 3:15-cv-00313-MMD-VPC

**ORDER**

On January 28, 2016, Plaintiff filed a "Motion to Respond to Doc. #7 Defendants Limited Notice of Appearance" (ECF No. 9). In this motion, Plaintiff states he never received a copy of the Court's January 4, 2016 Order (ECF No. 6), which directed the case to mediation. The Court will GRANT Plaintiff's motion and his request to receive a copy of the Order dated January 4, 2016 (ECF No. 6). The Clerk of the Court is directed to SEND a copy of the Order (ECF No. 6) to Plaintiff.

DATED: This 29th day of March, 2016

_____
United States Magistrate Judge