**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JOSEPH MIZZONI, | ) | 3:15-CV-0313-MMD (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | October 17, 2016 |
| C/O ALLISON, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:         LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The Office of the Attorney General did not accept service of process on behalf of Steven Crowder or Chris Smith who are no longer employees of the Nevada Department of Corrections (ECF No. 42). However, the Attorney General has filed the last known addresses of these defendants *under seal* (ECF No. 43). Plaintiff's motion to respond to notice of acceptance of service (ECF No. 45) is **DENIED as moot**.

The Clerk shall **ISSUE** summonses for **Steven Crowder** and **Chris Smith** and send the same to the U.S. Marshal with the addresses provided under seal (ECF No. 43). The Clerk shall **SEND** to plaintiff two USM-285 forms. The Clerk shall **SEND** two copies of the first amended complaint (ECF No. 40), two copies of the screening order (ECF No. 41), and two copies of this order to the U.S. Marshal for service on the defendants. Plaintiff shall have until **Friday, October 28, 2016** to complete the USM-285 service forms and return them to the U.S. Marshal at 400 S. Virginia Street, 2nd Floor, Reno, NV 89501 for service.

If plaintiff fails to follow this order, defendants Steven Crowder and Chris Smith will be dismissed for failure to complete service of process pursuant to Fed.R.Civ.P. 4(m).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:         /s/
Deputy Clerk