**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JOSEPH MIZZONI, | ) | 3:15-CV-0313-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 30, 2017 |
| | ) | |
| STATE OF NEVADA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT: <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>LISA MANN</u>  REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

    Before the court is plaintiff's motion/response to the Court Clerk changing plaintiff $92.00 for motion file-stamped (ECF No. 70).[1] Defendants responded (ECF No. 72), and plaintiff replied (ECF No. 73).

    It appears to the court that plaintiff is requesting a free copy of his motion to respond to defendants' motion for summary judgment and reverse motion for summary judgment filed on November 21, 2016 (ECF No. 60). Plaintiff apparently only mailed the original document to the Clerk's Office and did not include a copy to be returned to him file-stamped. Now plaintiff seeks a copy of this 185-page document without paying the costs of copying. Plaintiff's motion (ECF No. 70) is **GRANTED in part.** The Clerk's Office shall not be required to make a copy of this document free of charge. However, because this court scanned the original document into its CM/ECF filing system and maintains an electronic copy of this document, the court will return the original document to plaintiff.

    It is not the court's obligation to provide litigants, even indigent ones, with copy services. Plaintiff is cautioned that the court is making a one-time exception in sending this original

---

[1] Plaintiff's motion contains two case numbers and two parts. The first part of the motion appears to related to case no. 3:13-CV-0499-MMD (WGC); therefore, the court declines to address this portion of the motion.

document to the plaintiff at no cost. Local Rule 10-1 requires that "any pro se party who wishes to receive a file-stamped copy of any pleading or paper must submit one additional copy . . . ."

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:_____/s/_____
              Deputy Clerk