# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSEPH MIZZONI, | ) | 3:15-CV-0313-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 30, 2018 |
| | ) | |
| C/O ALLISON, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT: THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for enlargement of time to respond to motion for limited discovery (ECF No. 108) is **DENIED as moot**. The motion for limited discovery (ECF No. 106) was denied in the court's order dated January 11, 2018 (ECF No. 109).

A settlement conference is set for **February 27, 2018 at 9:00 am** before U.S. Magistrate Judge Valerie Cooke (ECF No. 110).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk