ADAM PAUL LAXALT
Attorney General
IAN CARR, Bar No.13840
Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1259
E-mail:  icarr@ag.nv.gov



*Attorneys for Defendants Joseph Allison,
Robert Ardinger, Nathan Garnica, Lee Grider,
John Henley, Joel Hightower, John Hill,
Juliette Roberson, Chris Smith, and Steven Crowder*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA     ORDER

| | |
|---|---|
| JOSEPH MIZZONI,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>C/O ALLISON, et al.,<br><br>　　　　　Defendants. | Case No.  3:15-CV-00313-MMD-VPC<br><br>**MOTION FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL ORDER**<br><br>(Defendants' Third Request; Fourth Request Overall) |

　　　　Defendants Joseph Allison, Robert Ardinger, Nathan Garnica, Lee Grider, Sgt. John Henley, Joel Hightower, John Hill, Sgt. Juliette Roberson, Chris Smith, and Steven Crowder (Defendants), by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Ian Carr, Deputy Attorney General, hereby Motion for Extension of Time to File a Joint Pretrial Order. This Motion is based on Federal Rule of Civil Procedure 6(b)(1)(A), the following Memorandum of Points and Authorities, and all papers and pleadings on file in this action.

### MEMORANDUM OF POINTS AND AUTHORITIES

I.　**ARGUMENT**

　　　　Defendants respectfully request a thirty (30) day extension of time out from the current deadline (July 27, 2018) to file a joint pretrial order in this case. Counsel for Defendants is confronted with numerous competing deadlines and a high workload due to staffing changes in the Office of the Attorney General. Furthermore, due to separate negotiations during an Early Mediation Conference

1

with Plaintiff in his separate case, *Mizzoni v. State of Nevada*, 2:17-cv-01482-JAD-NJK, defense counsel remained uncertain as to whether this case would be included in the process. The uncertainty regarding the prior extension request and Plaintiff's unilateral pretrial order compounded the delay. *See* ECF No. 150. However, such obstacles are currently being resolved and the requested extension of time should afford Defendants adequate time to send a draft joint pretrial order to Plaintiff for discussion.

>Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:
>>When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendants' request is timely and its limited nature will not hinder or prejudice Plaintiff's case, but will allow for a thorough order prior to trial. The requested thirty (30) day extension of time should permit Defendants time to send a draft pretrial order to Plaintiff for his inspection.

For these reasons, Defendants respectfully request a thirty (30) day extension of time from the current deadline to file a joint pretrial order in this case, with a new deadline to and including Monday, August 27, 2018.[1]

DATED this 27th day of July, 2018.

ADAM PAUL LAXALT
Attorney General

By: /s/ Ian Carr
IAN CARR
Deputy Attorney General
Bureau of Litigation
Public Safety Division
*Attorneys for Defendants*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE
DATED: July 31, 2018

---

[1] Because a thirty (30) day extension would create a deadline falling on a Sunday, Monday would become the legitimate deadline. *See* FED. R. CIV. P. 6(a)(1)(C).

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 27th day of July, 2018, I caused to be deposited for mailing a true and correct copy of the foregoing, **MOTION FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL ORDER**, to the following:

Joseph Mizzoni #68549
High Desert State Prison
Po Box 650
Indian Springs, Nevada  89070

_____
An employee of the
Office of the Attorney General

3