ADAM PAUL LAXALT
Attorney General
GERRI LYNN HARDCASTLE, Bar No.13142
Deputy Attorney General
IAN CARR, Bar, Bar No.13840
Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1259
E-mail: icarr@ag.nv.gov

*Attorneys for Defendants Joseph Allison,
Robert Ardinger, Nathan Garnica, Lee Grider,
John Henley, Joel Hightower, John Hill,
Juliette Roberson, Chris Smith, and Steven Crowder*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH MIZZONI,<br><br>    Plaintiff,<br><br>vs.<br><br>C/O ALLISON, et al.,<br><br>    Defendants. | Case No. 3:15-CV-00313-MMD-CBC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, Joseph Mizzoni, appearing *pro se*, and Defendants Joseph Allison, Robert Ardinger, Nathan Garnica, Lee Grider, Sgt. John Henley, Joel Hightower, John Hill, Sgt. Juliette Roberson, Chris Smith, and Steven Crowder (Defendants), by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Ian Carr, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

/ / /

/ / /

/ / /

/ / /

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

\* \* \*

DATED this 25 day of December, 2018.

DATED this 4th day of JAN., 2019.

ADAM PAUL LAXALT
Attorney General

By: _____
JOSEPH MIZZONI
*Plaintiff, Pro Se*

By: _____
GERRI LYNN HARDCASTLE
Deputy Attorney General
Bureau of Litigation
Public Safety Division
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
**U.S. DISTRICT JUDGE**
**DATED:** 1/7/2019

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 4th day of January, 2019, I caused to be deposited for mailing a true and correct copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to the following:

Joseph Mizzoni
67 County RT. 40
Mexico, NY 13114-4104

_____
An employee of the
Office of the Attorney General